Robin K. SCHLESIER *v.* STATE of Arkansas

CR 97-399                                          955 S.W.2d 910

Supreme Court of Arkansas
Opinion delivered December 11, 1997

PER CURIAM.     On October 9, 1997, the Honorable Steele Hays was appointed the master to conduct the hearing in this contempt proceeding. It is necessary that a substitute master be appointed, and we hereby appoint the Honorable Robert Dudley to succeed Justice Hays as the master in this matter. After the hearing, we direct the master to make findings of fact and file them with the court. Upon receiving the master's findings, we will decide whether Nila J. Keels should be held in contempt.